UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID A. BRIGGS,　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　Plaintiff,　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　v.　　　　　　　　　　　　　　) | Civil No. 08-05-B-W |
| 　　　　　　　　　　　　　　　　　　) | |
| MICHAEL J. ASTRUE,　　　　　　　　) | |
| Commissioner of Social Security,　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　Defendant.　　　　　　　　　　) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed November 6, 2008, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be VACATED and the case REMANDED for further proceedings.

　　　　　　　　　　　　　　　　　　/s/ John A. Woodcock, Jr.
　　　　　　　　　　　　　　　　　　JOHN A. WOODCOCK, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 25th day of November, 2008