UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID A. BRIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 08-05-B-W |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 23, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion for Attorney Fees (Docket # 23) which seeks a total of $4,918.77, and the Supplemental Motion for Attorney Fees (Docket # 26), which seeks a total of $1,284.38, for a combined total of $6,203.15 be and hereby are GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 13th day of May, 2009